IN THE United STATES District
COURT middle District of FLORIDA.
JACKSONville, FLA, Division.

Anthony. Cooper
   vs.
Jail - Director,
Et AL. Respondents.

CASE NO.: # 3:17-CV-III-J-32JBT

Emergency INJUNCTION - petition

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT
2017 JAN 30 AM 11:16
FILED

I, filed This (Injunctive- Relief.) Petition And state That my - **Life** is in danger of Being **Killed**, **Assaulted** By (others) **INMATE(S)**. That I, Have: **Testified on &** on AGAINTS. (SEVERAL) Dozens, **(INMATES)** Now Housed with (Injunctionee) petitioner. Whom Have (Threating) to: **Killed** And murder - me FOR: Testifying on And AGAINTS them IN - such; **CRIMES.** I've Reported This To (P. J. Johnson) And To (SGT. Ainode) JAX, FLA. (DUVAL COUNTY JAIL) Employees Whom (Failed) to put / placed. mr. Cooper, Anthony. INTO (I- Block- cell)(s) Under Strict: **Protection** Custody. I, Now STATE these (INMATES) Have Threating to killed & murder me. Injunctioner upon chance. I, filed To Have courts notify (Jail - Director), & Sheriff offices. & Sheriff mike williams. Overseer of Jails Division

I, further Request To Be put placed INTO (I - Block - security) cells. Under strict (Protection - custody) To Aviod any possible Death - Related Incidents to occurred. on (Anthony L. Cooper) Injunctioner. OR (Assault - Battary) on Him

---

Respectfully submitted,

BY: x ~~Anthny A. Coop~~

MR. Anthony L. Cooper
JAIL NO. # 2016001598.
Duval county Jail -
500 E. Adams, Street.
Jax, Fla. 32202.
(Injunctioner) Petitioner

Dated this 25th day of January 2017    1-25-17.